1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11   JONATHAN KIRKELIE,                          )   Case No.: 1:15-cv-00735-SAB (PC)
                                                )
12                    Plaintiff,                 )
                                                )   ORDER TO SUBMIT APPLICATION TO
13        v.                                     )   PROCEED IN FORMA PAUPERIS OR PAY
                                                )   FILING FEE WITHIN 45 DAYS
14   C.O. THISSELL, et al.,                      )
                                                )   [ECF No. 2]
15                    Defendant.                 )
                                                )
16   _____          )

17        Plaintiff Jonathan Kirkelie is appearing pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983.

19        Plaintiff filed the instant action on May 15, 2015, and submitted an application to proceed in

20   forma pauperis.  However, the application to proceed in forma pauperis is not signed.  Local Rule

21   131(b).

22        Accordingly, it is HEREBY ORDERED that:

23        Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

24   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the

25   $400.00 filing fee for this action.  **No requests for extension of time will be granted without a**

26   **showing of good cause.**  Within sixty (60) days of the date of service of this order, Plaintiff shall

27   submit a certified copy of his prison trust account statement for the six month period immediately

28

1

proceeding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**May 20, 2015**__

_____
UNITED STATES MAGISTRATE JUDGE

2