UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KIRKELIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C.O. THISSELL, et al.,<br><br>　　　　　Defendant. | Case No.: 1:15-cv-00735-SAB (PC)<br><br>ORDER STRIKING COMPLAINT AND REQURING PLAINTIFF TO FILE A SIGNED COMPLAINT<br><br>[ECF No. 1] |

　　　　Plaintiff Jonathan Kirkelie, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 15, 2015, but he neglected to sign his complaint.  Unsigned filings cannot be considered by the Court and therefore, Plaintiff's complaint is ORDERED STRICKEN from the record.  Fed. R. Civ. P. 11(a); Local Rule 131.  **Plaintiff has thirty (30) days from the date of service of this order to file a signed complaint and if he fails to do so, this action will be dismissed, without prejudice.**

IT IS SO ORDERED.

Dated:　**May 26, 2015**　　　　　　　　　　／s／　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28