UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KIRKELIE,<br><br>            Plaintiff,<br><br>      v.<br><br>C.O. THISSELL, et al.,<br><br>            Defendant. | Case No.: 1:15-cv-00735-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 5] |

Plaintiff Jonathan Kirkelie is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on May 28, 2015.  Local Rule 302.

On May 27, 2015, the Court issued an order striking Plaintiff's complaint filed on May 15, 2015, for failure lack of a signature as required by Federal Rules of Civil Procedure 11 and Local Rule 131, and directed Plaintiff to file a signed complaint within thirty days or suffer dismissal of the action.  (ECF No. 5.)  More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the order.

///

///

///

///

Accordingly, within **twenty (20)** days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed for failure to comply with a court order.  Local Rule 110.  <u>Failure to comply with this order will result in dismissal of the action, without prejudice</u>.

IT IS SO ORDERED.

Dated:   **July 16, 2015**

_____
UNITED STATES MAGISTRATE JUDGE