UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KIRKELIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.O. THISSELL, et al.,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00735-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, GRANTING PLAINTIFF THIRTY DAYS TO SUBMIT COMPLETE COMPLAINT WITH SIGNATURE, AND DIRECTING CLERK OF COURT TO SEND PLAINTIFF A BLANK COPY OF A SECTION 1983 COMPLAINT<br><br>[ECF Nos. 8, 10] |

　　　　Plaintiff Jonathan Kirkelie is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 27, 2015, the Court issued an order striking Plaintiff's original complaint, filed on May 15, 2015, for lack of Plaintiff's signature as required by Federal Rule of Civil Procedure 11(a) and Local Rule 131. (ECF No. 5.) The Court directed Plaintiff to file a signed complaint within thirty days from the date of service of that order. (Id.)

　　　　After Plaintiff failed to comply with the Court's May 27, 2015, order, Plaintiff was ordered to show cause why the action should not be dismissed. (ECF No. 9.) Plaintiff filed a response to the order to show cause on July 28, 2015. (ECF No. 10.) Plaintiff attaches the last page of a blank complaint form with his signature. Plaintiff submits that if such filing is insufficient, he is in need of additional time to submit a complete complaint.

1

Because Plaintiff's original complaint was stricken from the record, it is no longer an operative pleading in this action, and Plaintiff must re-submit a complete amended complaint without reference to any prior pleading.  Local Rule 220.  Therefore, the Court will forward Plaintiff a blank form civil rights complaint and grant Plaintiff thirty days to file an amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. The order to show cause issued July 16, 2015, is DISCHARGED;
2. The Clerk of Court is DIRECTED to send Plaintiff a blank form civil rights complaint;
3. Within thirty (30) days from the date of service of this order, Plaintiff shall file a new signed First Amended Complaint, complete within itself;
4. Plaintiff's First Amended Complaint shall be bodily titled "First Amended Complaint" and shall bear the case number 1:15-cv-00735-SAB PC; and
5. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **August 6, 2015**

UNITED STATES MAGISTRATE JUDGE