UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KIRKELIE,<br><br>    Plaintiff,<br><br>    v.<br><br>C.O. THISSELL, et al.,<br><br>    Defendant. | Case No.: 1:15-cv-00735-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO SUBMIT SIGNED AND COMPLETE COMPLAINT, DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COURTESY COPY OF THE COMPLAINT, FILED MAY 15, 2015, AND DIRECTING CLERK OF COURT TO SEND PLAINTIFF A BLANK <u>BIVENS</u> COMPLAINT FORM<br><br>[ECF Nos. 1, 13] |

    Plaintiff Jonathan Kirkelie is a prisoner in the custody of the Federal Bureau of Prisons ("BOP"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    On May 27, 2015, the Court issued an order striking Plaintiff's original complaint, filed on May 15, 2015, for lack of Plaintiff's signature as required by Federal Rule of Civil Procedure 11(a) and Local Rule 131. (ECF No. 5.) The Court directed Plaintiff to file a signed complaint within thirty days from the date of service of that order. (<u>Id.</u>)

    After Plaintiff failed to comply with the Court's May 27, 2015, order, Plaintiff was ordered to show cause why the action should not be dismissed. (ECF No. 9.) Plaintiff filed a response to the order to show cause on July 28, 2015. (ECF No. 10.)

On August 6, 2015, the Court discharged the order to show cause and granted Plaintiff thirty days to file a complete complaint. (ECF No. 11.)

Now pending before the Court is Plaintiff's request for an extension of time to submit the complaint. Plaintiff also requests the Court send a copy of the original complaint, filed May 15, 2015. (ECF No. 13.)

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to the parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent plaintiff except by order of the judge. Plaintiff's original complaint is five pages long, at this juncture, Plaintiff would ordinarily be required to submit a request in writing to the Clerk, together with a sufficiently large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk. However, in light of the fact that Plaintiff submits he has been recently transferred to a new prison and some of his legal materials have been displaced or are still in transit, the Court will make a one-time exception and provide Plaintiff with a free copy of his original complaint, filed May 15, 2015. Furthermore, on the basis of good cause, the Court will grant Plaintiff thirty days from the date of service of this order to file a complaint pursuant to the Court's May 27, 2015, order.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a courtesy copy of the original complaint, filed May 15, 2015;

///
///
///
///
///
///
///

2. The Clerk of Court shall send Plaintiff a blank <u>Biven</u> complaint form; and

3. Within thirty (30) days from the date of service of this order, Plaintiff shall file a complaint pursuant to the Court's May 27, 2015, order.

IT IS SO ORDERED.

Dated:  **September 1, 2015**

UNITED STATES MAGISTRATE JUDGE

3