**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN KIRKELIE,<br><br>   Plaintiff,<br><br>   v.<br><br>C.O. THISSELL, et al.,<br><br>   Defendant. | Case No.: 1:15-cv-00735-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO COMPLAINT WITHIN TEN DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 45] |

Plaintiff Jonathan Kirkelie is a prisoner in the custody of the Federal Bureau of Prisons ("BOP"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

On March 29, 2017, Defendants' motion to dismiss or in the alternative, motion for summary judgment was granted as to Defendant Masterson only and denied as to all other Defendants, and the matter was referred to the undersigned for further proceedings. Accordingly, within **ten (10)** days from the date of service of this order, Defendants Thissell, Smith, Mahdavi and Knoll, shall file an answer to the complaint.

IT IS SO ORDERED.

Dated: **April 3, 2017**

UNITED STATES MAGISTRATE JUDGE

1