# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JONATHAN KIRKELIE,

             Plaintiff,

    v.

C.O. THISSELL, et al.,

             Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:15-cv-00735-DAD-SAB (PC)

ORDER GRANTING DEFENDANTS' MOTION TO STAY THE CASE PENDING RESOLUTION OF THE APPEAL

[ECF No. 52]

       Plaintiff Jonathan Kirkelie is a prisoner in the custody of the Federal Bureau of Prisons ("BOP").

       Currently before the Court is Defendants' motion to stay pending resolution of their appeal on the issue of qualified immunity, filed June 12, 2017.

       Good cause having been presented, it is HEREBY ORDERED that Defendants' motion to stay pending resolution of the appeal is granted, and all dates previously set are VACATED, to be rescheduled if necessary, after resolution of the pending appeal.

IT IS SO ORDERED.

Dated:   **June 13, 2017**

                          UNITED STATES MAGISTRATE JUDGE

1